**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDICIAL WATCH, INC**,<br><br>*Plaintiff*,<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**,<br><br>*Defendant.* | Case No. 23-cv-2271<br><br>Hon. Loren L. AliKhan |

**JOINT STATUS REPORT**

Pursuant to the Court's October 27, 2023 Minute Order, Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice ("DOJ"), by and through their undersigned counsel, respectfully submit this joint status report to update the Court on the parties' progress in this Freedom of Information Act ("FOIA") matter.

1. The FOIA requests that form the basis of this complaint seek, broadly speaking, (1) records provided to the Attorney General by Special Counsel John Durham as required by 28 C.F.R. § 600.8(a)-(c), and (2) "[a]ll records contained with the entire investigative file of the Special Counsel's investigation into matters related to intelligence activities and investigations arising out of the 2016 presidential campaigns." *See* ECF No. 1 ¶ 5.

2. The parties have conferred and provide the following update on the status of Plaintiff's FOIA requests.

3. On June 10, 2024, Defendant provided an interim response to Plaintiff regarding certain interview transcripts and other records from the Special Counsel's Office. Since then, the parties have conferred further regarding Plaintiff's request seeking the Special Counsel's Office's "investigative file."

4. On September 18, 2024, Defendant provided another interim response to Plaintiff regarding certain additional interview transcripts and other records from the Special Counsel's Office. Defendant continues to review and process records responsive to Plaintiff's request consistent with the parties' agreement. *See* ECF No. 15 ¶ 4.

5. The parties will continue to meet and confer to resolve any disputes, including regarding the appropriate scope of the records requests. Pursuant to the Court's October 27, 2023 Minute Order, the parties will file another joint status report on or before December 6, 2024 that informs the Court of the parties' progress.

Dated: October 7, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth (DC Bar #1029490)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendant*

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*