**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDICIAL WATCH, INC**,<br><br>*Plaintiff*,<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**,<br><br>*Defendant.* | Case No. 23-cv-2271<br><br>Hon. Loren L. AliKhan |

**JOINT STATUS REPORT**

The parties, by counsel, respectfully submit this Joint Status Report.

1. Plaintiff filed suit regarding a request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to the U.S. Department of Justice (DOJ) that sought the following: (I) records provided to the Attorney General by Special Counsel John Durham as required by 28 C.F.R. § 600.8(a)-(c), and (II) "[a]ll records contained with the entire investigative file of the Special Counsel's investigation into matters related to intelligence activities and investigations arising out of the 2016 presidential campaigns." *See* ECF No. 1 ¶ 5. DOJ's Office of Information Policy (OIP) is handling this request.

2. As to the first portion of Plaintiff's request, which seeks records the Special Counsel provided to the Attorney General as required by 28 C.F.R. § 600.8(a)-(c), OIP has completed its searches and response to Plaintiff.[1] The parties have conferred regarding OIP's completed response and agree there is no ongoing dispute related to this portion of Plaintiff's request.

[1] As reported previously, OIP provided Plaintiff with interim responses on December 7, 2023, and February 22, 2024, which completed the response for this first portion of the request. OIP's response produced thirteen (13) pages with redactions for withholdings under 5 U.S.C. § 552(b)(6) and (7)(C). OIP's response also identified that it did not locate any records provided by Special Counsel Durham to the Attorney General pursuant to 28 C.F.R. § 600.8(b). *See* JSR, ECF 11, ¶ 3. Finally, in its response, OIP directed Plaintiff to the Special Counsel's publicly available "Report on Matters Related to Intelligence Activities and Investigations Arising Out of the 2016 Presidential Campaigns" and the "closing documentation." *See* JSR, ECF 11, ¶ 3.

3. As to the second portion of Plaintiff's request, which seeks Special Counsel John Durham's "investigative file," the parties previously reported that they had reached an agreement to narrow the scope of this request. *See* JSR, ECF 15, at paragraphs 4-5.[2]

4. OIP is in the process of searching for and reviewing potentially responsive materials within the agreed-to scope of the second portion of Plaintiff's request. To date, OIP has processed all of the responsive material located via its search of SCO Durham's unclassified files and has provided Plaintiff with nine interim responses detailing this progress, the most recent of which was dated May 21, 2026.[3] No additional material is presently ripe for response at this time. OIP has also commenced a search of SCO Durham's classified files to locate the remaining records within the agreed-to scope of this portion of Plaintiff's request. Since the previous joint status report, OIP has located additional potentially responsive materials and its classified search remains ongoing. OIP will provide a further update in the parties' next status report.

5. OIP has requested consultations from other Executive Branch entities for some of the potentially responsive pages and it is awaiting responses to those consultation requests before making a final determination regarding the release or withholding of pages. Since the previous joint status report, OIP has sent additional materials for consultation. OIP will provide additional interim responses as these consultations are completed. As OIP's review of potentially responsive materials is ongoing, it will continue to provide Plaintiff with interim responses until its review of all potentially responsive records is completed.

---

[2] The parties are aware that the Justice Department recently transmitted the declassified Appendix of the Durham Report to the Senate Judiciary Committee, https://www.justice.gov/opa/pr/department-justice-cia-transmit-declassified-durham-documentssenator-chuck-grassley, and are discussing whether that disclosure impacts Defendant's review.

[3] As part of its review, OIP referred two pages of potentially responsive records to DOJ's National Security Division (NSD) for processing and direct response to Plaintiffs. NSD completed its response to Plaintiff for that direct referral by letter dated February 11, 2025.

6. The current schedule calls for submission of joint status reports every 60 days, *see* Minute Order, dated October 27, 2023, and so the next report is due on or before November 24, 2026.

Dated: September 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8491
Fax: (202) 616-8470
Email: Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendant*

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*